UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GEFFEN,<br><br>Plaintiff,<br><br>v.<br><br>WESTIN MONACHE RESORT,<br><br>Defendant. | No. 2:17-cv-01346-TLN-CKD<br><br><br><br>ORDER |

Presently pending before the court is plaintiff's motion to compel further responses to interrogatories. (ECF No. 19.) This matter came on regularly for hearing on June 19, 2019, at 10:00 a.m. Celia McGuinness appeared on behalf of plaintiff and Gregory Hurley appeared telephonically on behalf of defendant. After carefully considering the parties' joint statement (ECF No. 20) and oral argument, and for the reasons stated on the record at the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel further responses to interrogatories (ECF No. 19) is GRANTED on the terms of this order.
2. By the close of business on June 19, 2019, defendant shall file on the docket proof that defendant previously provided verified responses to plaintiff's interrogatories. Thereafter, within 14 days, defendant shall produce any outstanding verified responses to plaintiff's interrogatories.

1

3. By June 26, 2019, defendant shall produce supplemental responses to interrogatories. Notwithstanding plaintiff's characterization of the units in question as "guestrooms," defendant shall provide responses indicating the number of accessible "condos/units" both at the time of construction and currently available.

4. Counsel are reminded of the court's informal process for resolving discovery disputes, should the need arise.

Dated: June 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

im/geffen.1346 order MTC